Jessica L. Hunter (ID No. 282432018)
**WITTELS MCINTURFF PALIKOVIC**
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (917) 775-8862
Facsimile: (914) 775-8862
jlh@wittelslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AYAN RHYMES and LOVELEEN KAUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MPOWER ENERGY NJ LLC,<br><br>Defendant. | Civil Action No.: 2:23-cv-02556-JMV-ESK<br><br>**CERTIFICATION OF**<br>**J. BURKETT MCINTURFF** |

I, **J. BURKETT MCINTURFF**, of full age, hereby certify as follows:

1. I submit this certification in support of the Motion of Ayan Rhymes and Loveleen Kaur ("Plaintiffs") to admit me as counsel *pro hac vice* for all purposes in the above-captioned action.

2. I am an attorney licensed to practice law in the State of New York. I am a Partner at Wittels McInturff Palikovic at 305 Broadway, Floor 7, New York, New York 10007.

3. Pursuant to Local Civil Rule 101.1(c), I am admitted to practice law before and a member in good standing of the bar of the courts listed in the table overleaf:

| Court | Admission Year | Attorney Rolls Maintained |
|---|---|---|
| State of New York | 2012 | New York State Unified Court System<br>Office of Court Administration<br>Attorney Registration Unit<br>25 Beaver Street Room 840<br>New York, New York 10004 |
| United States District Court, Southern District of New York | 2012 | United States District Court<br>Southern District of New York<br>Daniel Patrick Moynihan<br>U.S. Courthouse<br>500 Pearl Street<br>New York, New York 10007 |
| United Stated District Court, Eastern District of New York | 2012 | United States District Court<br>Eastern District of New York<br>Theodore Roosevelt U.S. Courthouse<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 |
| United States Court of Appeals for the Second Circuit | 2018 | United States Court of Appeals<br>for the Second Circuit<br>Thurgood Marshall U.S. Courthouse<br>Attorney Admissions<br>40 Foley Square<br>New York, NY 10007<br><br>https://ecf.ca2.uscourts.gov/n/beam/servlet/TransportRoom?servlet=Att_Search.jsp |
| United States Court of Appeals for the Third Circuit | 2014 | United States Court of Appeals<br>for the Third Circuit<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106<br><br>https://www.ca3.uscourts.gov/attorney-admissions-checker |

4.    I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

5. I have reviewed the Local Rules of the United States District Court for the District of New Jersey and will comply with all said rules, including all disciplinary rules. I also agree to abide by the provisions set forth in Local Civil Rule 101.1(c). I further agree to submit to this Court's jurisdiction for purposes of any disciplinary proceedings.

6. I will make the required payment to the New Jersey Lawyer's Fund for Client Protection and will comply with the requirements of the New Jersey Court Rules 1:28-2.

7. I will make the required payment of $150.00 to the Clerk, United States District Court.

8. For the foregoing reasons, I respectfully request on behalf of Plaintiffs that I be admitted *pro hac vice* for the purpose of representing Plaintiffs in this litigation.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 12, 2023  
       New York, New York

Respectfully submitted,

_____  
WITTELS MCINTURFF PALIKOVIC  
305 BROADWAY, 7TH FLOOR  
NEW YORK, NEW YORK 10007  
Telephone: (917) 775-8862  
Facsimile: (914) 775-8862  
jbm@wittelslaw.com