

May 20, 2025

**Matthew L. Elkin**
Direct Phone 212-453-3786
melkin@cozen.com

**VIA ECF**



Hon. Jessica G.L. Clarke, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
U.S. District Court – Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:** *Silva, et al., v. Mpower Energy, LLC, et al.*, Case No. 1:23-cv-9849-JGLC-OTW;
*Rhymes, et al. v. Mpower Energy NJ, LLC*, Case No. 1:24-cv-2015-JGLC-OTW

Dear Judge Clarke:

This firm represents Defendants, Mpower Energy, LLC and Mpower Energy NJ, LLC (the "Defendants"), in the above-captioned actions. Defendants write to request a one-week extension of their deadline to respond to Plaintiffs' objections to the magistrate judge's Opinion & Orders in the above-captioned actions (ECF Nos. 103 and 59), from May 22 to May 29. Defendants request this extension because of competing case deadlines.

Plaintiffs' counsel has graciously agreed to this one-week extension. There has been one prior extension of this deadline in the form of a reciprocal extension following Plaintiffs' counsel's original request for an extension. *See* ECF Nos.104 and 60.

There are no scheduled appearances before the Court in these matters and this extension will not affect any other dates or deadlines.

Thank you for Your Honor's kind consideration of this request.

Respectfully,

COZEN O'CONNOR

By:  Matthew L. Elkin

CC:  All Counsel (via ECF)

Application GRANTED. Defendants shall respond to Plaintiffs' objections to the R&R by **May 29, 2025.** The Clerk of Court is respectfully directed to terminate ECF No. 110.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 21, 2025
           New York, New York

3 WTC    175 Greenwich Street    55th Floor    New York, NY 10007
212.509.9400    800.437.7040    212.509.9492 Fax    cozen.com